(February 20, 1979)

■ HELEN M. AMBRO, Respondent, v JEROME A. AMBRO, Appellant.—In a matrimonial action, the defendant husband appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Nassau County, entered July 25, 1978, as ordered him to pay (1) alimony of $225 per week and (2) counsel fees in the sum of $3,000. Judgment affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice Altimari at Special Term. Hopkins, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.